# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1190

_____

Anderson Tooling, Inc.

*Plaintiff - Appellant*

v.

United States of America

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: July 27, 2021
Filed: July 30, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Anderson Tooling Inc. appeals the district court's[1] dismissal, for lack of subject matter jurisdiction, of its suit seeking a tax refund. Following a careful review, we

---

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

conclude the court did not err in dismissing the complaint.  See Laclede Gas Co. v. St. Charles Cnty., Mo., 713 F.3d 413, 417 (8th Cir. 2013) (de novo review of dismissal for lack of subject matter jurisdiction).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____